UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ANN MARIE TOPPIN

    Plaintiff,

V.                          CIVIL ACTION NO.
                            09-cv-2143 WDQ

SCOTT F. DIXON, ET AL

    Defendant.

## NOTICE OF DISMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph   (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com